# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>　　　　Plaintiff,<br><br>v.<br><br>Mehrad Asadieidivand,<br><br>　　　　Defendant. | No. CV-25-02011-PHX-DJH (DMF)<br><br>**ORDER** |

　　　　Due to the unavailability of the Honorable Diane J. Humetewa,

　　**IT IS ORDERED** that this matter has been reassigned by random lot to the Honorable Steven P. Logan. All future pleadings and papers submitted for filing shall bear the following complete case number: CV-25-02011-PHX-SPL-DMF.

　　　　Dated this 11th day of June, 2025.

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　Honorable Diane J. Humetewa
　　　　　　　　　　　　　　　　　　　United States District Judge