Civil Action No. CV-25-02011-PHX-SPL--DMF

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* **Asadieidivand, Mehrad**
was received by me on *(date)* **6-11-2025**.

☒ I personally served the summons on the individual at *(place)* **Florence Detention Center**
on *(date)* **6-11-25**; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is
designated by law to accept service of process on behalf of *(name of organization)* _____
on *(date)* _____; or

☐ I returned the summons unexecuted because _____; or

☐ Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $ **0.00**.

I declare under penalty of perjury that this information is true.

Date: **6-11-2025**

_____
*Server's signature*

Robert E. Jones Jr.
Deportation Officer
*Printed name and title*

3250 N. Pinal Parkway Florence, AZ 85132
*Server's address*

Additional information regarding attempted service, etc: