TIMOTHY COURCHAINE
United States Attorney
District of Arizona

KATHERINE R. BRANCH
Assistant U.S. Attorney
Arizona State Bar No. 025128
Two Renaissance Square
40 North Central Avenue, Suite 1800
Phoenix, Arizona 85004-4449
Telephone: 602-514-7500
Facsimile: 602-514-7760
Email: Katherine.Branch@usdoj.gov
*Attorneys for Plaintiff*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| United States of America, | No. 2:25-cv-02011-SPL--DMF |
|---|---|
| Plaintiff, | |
| v. | **FIRST STATUS REPORT** |
| Mehrad Asadieidivand, | |
| Defendant. | |

Plaintiff United States of America submits this first status report in compliance with the Court's order granting the Government a temporary restraining order to provide involuntary medical monitoring, hydration and nutrition to Defendant Mehrad Asadieidivand. Doc. 6.

Mr. Asadieidivand was served with the summons, complaint, motion for temporary restraining order and the order on June 11, 2025. The Government advised him that if he wished to respond to the motion for a temporary restraining order, it would make sure his response was filed, or that if he wished to let the Court know anything about his hunger strike or his position on the motion or order, that it would convey his position to the Court in this status report. Mr. Asadieidivand declined to make a statement or express a position with respect to the temporary restraining order.

Yesterday, Mr. Asadieidivand allowed medical staff to take his blood pressure, which was 80/65mmHG, which is critically low and indicative of potential circulatory compromise. This morning Mr. Asadieidivand continued to refuse all assessments, vitals, oral or IV hydration and food. He would only answer questions minimally and was unable or unwilling to standup. He largely refused to answer the medical staff's questions about his symptoms but denied chest pain and shortness of breath. Over his objection, Mr. Asadieidivand was transported to a local hospital for emergency evaluation. The emergency department ran labs and diagnosed Mr. Asadieidivand with electrolyte imbalance, hyponatremia, and acute kidney injury. At the hospital, his heart rate was 61 and his blood pressure was 140/58. He received two liters of normal saline with dextrose to address his dehydration and electrolyte imbalance. Because Mr. Asadieidivand continues to decline medical intervention, he was discharged from the emergency department and transported back to the Florence Detention Center ("FDC") around 2:00 p.m. Mr. Asadieidivand is refusing to be assessed by FDC staff or have vital signs taken. He remains cognitively aware of his decision to continue his dry hunger strike.

At this time, FDC medical staff have not engaged in any involuntary medical interventions other than transporting Mr. Asadieidivand to the emergency department, but request that the temporary restraining order remain in place so that they may quickly intervene when it becomes necessary to do so if Mr. Asadieidivand continues to refuse hydration and nutrition.

Respectfully submitted this 12th day of June, 2025.

TIMOTHY COURCHAINE
United States Attorney
District of Arizona

*s/Katherine R. Branch*
KATHERINE R. BRANCH
Assistant United States Attorney

**CERTIFICATE OF SERVICE**

I hereby certify that on this 12th day of June, 2025, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing, and arranged for hand-delivery of a copy of the document to the following recipient who is not a CM/ECF registrant:

Mehrad Asadieidivand #Axxx xxx 606
Florence Detention Center
1100 N. Bowling Rd.
Florence, Arizona 85132
Defendant

*s/Katherine R. Branch*
United States Attorney's Office