TIMOTHY COURCHAINE
United States Attorney
District of Arizona

KATHERINE R. BRANCH
Assistant U.S. Attorney
Arizona State Bar No. 025128
Two Renaissance Square
40 North Central Avenue, Suite 1800
Phoenix, Arizona 85004-4449
Telephone: 602-514-7500
Facsimile: 602-514-7760
Email: Katherine.Branch@usdoj.gov
*Attorneys for Plaintiff*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | No. 2:25-cv-02011-SPL--DMF |
| Plaintiff, | |
| v. | **SECOND STATUS REPORT** |
| Mehrad Asadieidivand, | |
| Defendant. | |

Plaintiff United States of America submits this second status report to apprise the Court of recent developments in this matter.

Since yesterday's status report was filed, Mr. Asadieidivand has eaten three meals (most of dinner on June 12, and breakfast and lunch on June 13). He also drank a nutritional supplement (Boost) and some apple juice. Although he is eating, he has not declared an end to his hunger strike and his vital signs are not consistently stable.

FDC medical staff have not engaged in any involuntary medical interventions other than transporting Mr. Asadieidivand to the emergency department on June 12, but request that the temporary restraining order remain in place until Mr. Asadieidivand is eating regularly and has normal vital signs consistently.

The United States will apprise the Court of Mr. Asadieidivand's status on Monday,

June 16.

    Respectfully submitted this 13th day of June, 2025.

                                      TIMOTHY COURCHAINE
                                      United States Attorney
                                      District of Arizona

                                      *s/Katherine R. Branch*
                                      KATHERINE R. BRANCH
                                      Assistant United States Attorney

**CERTIFICATE OF SERVICE**

I hereby certify that on this 13th day of June, 2025, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing, and arranged for hand-delivery of a copy of the document to the following recipient who is not a CM/ECF registrant:

Mehrad Asadieidivand #Axxx xxx 606
Florence Detention Center
1100 N. Bowling Rd.
Florence, Arizona 85132
Defendant

*s/Katherine R. Branch*
United States Attorney's Office