TIMOTHY COURCHAINE
United States Attorney
District of Arizona

KATHERINE R. BRANCH
Assistant U.S. Attorney
Arizona State Bar No. 025128
Two Renaissance Square
40 North Central Avenue, Suite 1800
Phoenix, Arizona 85004-4449
Telephone: 602-514-7500
Facsimile: 602-514-7760
Email: Katherine.Branch@usdoj.gov
*Attorneys for Plaintiff*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| United States of America, | No. 2:25-cv-02011-SPL--DMF |
| Plaintiff, | |
| v. | **NOTICE OF VOLUNTARY DISMISSAL** |
| Mehrad Asadieidivand, | |
| Defendant. | |

Plaintiff United States of America, by and through undersigned counsel, notices the voluntary dismissal of this action pursuant to Fed. R. Civ. P. 41(a)(1)(A) as Mr. Asadieidivand has ended his hunger strike and been removed from the hunger strike protocol.

Respectfully submitted this 16th day of June, 2025.

TIMOTHY COURCHAINE
United States Attorney
District of Arizona

*s/Katherine R. Branch*
KATHERINE R. BRANCH
Assistant United States Attorney

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**CERTIFICATE OF SERVICE**

I hereby certify that on this 16th day of June, 2025, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing, and arranged for hand-delivery of a copy of the document to the following recipient who is not a CM/ECF registrant:

Mehrad Asadieidivand #Axxx xxx 606
Florence Detention Center
1100 N. Bowling Rd.
Florence, Arizona 85132
Defendant

*s/Katherine R. Branch*
United States Attorney's Office