IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | No. CV-25-02011-PHX-SPL (DMF) |
| Plaintiff, | **ORDER** |
| vs. | |
| Mehrad Asadieidivand, | |
| Defendant. | |

Having reviewed the Notice of Voluntary Dismissal (Doc. 11),

**IT IS ORDERED** that this matter is **dismissed** in its entirety.

**IT IS FURTHER ORDERED** that the Clerk of Court shall **terminate** this action accordingly.

Dated this 16th day of June, 2025.

Honorable Steven P. Logan
United States District Judge